# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MELINGONIS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>NETWORK COMMUNICATIONS INTERNATIONAL CORP., d.b.a. 1-800-Call-4-Less,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 10 CV 1364 MMA (NLS)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS ACTION**<br><br>[Doc. No. 27] |

On June 29, 2010, Plaintiff Chris Melingonis commenced this purported action against Defendant Network Communications International Corp. (d/b/a 1-800-Call-4-Less). Plaintiff filed a First Amended Complaint ("FAC") on September 13, 2010. [Doc. No. 7.] Defendant filed a motion to dismiss Plaintiff's FAC pursuant to Federal Rule of Civil Procedure 12(b)(6) on September 30, 2010. [Doc. No. 11.] On November 30, 2010, the Court denied Defendant's motion to dismiss. [Doc. Nos. 16, 18.] This matter has not yet been certified as a class action.

On September 15, 2011, named Plaintiff Chris Melingonis and Defendant filed a Joint Motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), requesting the Court dismiss the above-captioned action. [Doc. No. 27.] The parties request that the Court dismiss the matter,

1  *with* prejudice as to Mr. Melingonis, and *without* prejudice as to the alleged putative class.

2  Further, Mr. Melingonis has "agreed to release any and all interest he may have had in class

3  representation through this action and disclaims any future personal stake in the class action. . . ."

4      Upon due consideration, and good cause appearing, the Court **GRANTS** the parties' Joint

5  Motion. Accordingly, this action is **DISMISSED WITH PREJUDICE** as to the named Plaintiff

6  Chris Melingonis, and **DISMISSED WITHOUT PREJUDICE** as to the alleged putative class.

7  The Clerk of Court is hereby instructed to close the case file.

8      **IT IS SO ORDERED**.

10 DATED: September 19, 2011

12     Hon. Michael M. Anello
    United States District Judge